Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David A Archer, | Case No. 8:23-cv-00633-DOC-KES |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| Newport Beach Alano Club, Inc, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel of record that the above-captioned action be and hereby is dismissed by the plaintiff, David A. Archer, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted,

Dated: August 3, 2023

Law Office of Rick Morin, PC

By: Richard Morin
Attorney for Plaintiff
David A. Archer

Dated: August 3, 2023     Messner Reeves LLP

_____/s/ Heather Stern_____
By: Heather E. Stern
Attorneys for Defendant Newport Beach Alano Club, Inc.